IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:24-cv-03282-NYW-SBP | Date: January 20, 2026 |
| Courtroom Deputy:   Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| TONI R. PALMER, | Pro se |
|       Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, | Paige Lienau |
| LORETTA DUPREE, LEIGH WALTON, EZEQUIEL RODRIGUEZ-ZARCO, DAVE JULA, SR., JACK DAVIES, and ELENA VANDECAR, | Allison Moore |
|       Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**1:06 p.m.**     **Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the status of discovery responses and remaining items to be produced.

For the reasons stated on the record, it is

**ORDERED:**   Plaintiff shall provide records releases to counsel for Defendants (as discussed on the record) on or before **January 24, 2026**.

The court finds good cause to extend the deadline for filing dispositive motions and/or Motions Pursuant to Fed. R. Evid. 702 to **May 1, 2026**.

**1:33 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time: 27 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.